FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 18 P 1: 20

CLERK _____
SO. DIST. OF GA.

KENNETH DeWAYNE GRAVITT,

    Plaintiff,

vs.

HUGH SMITH, Warden; Capt. JOHNNY SMITH; DEBRA M. KIGHT, Grievance Coordinator; J. REAVES, Counselor; Officer JOHN DOE; RAYMOND HEAD, Manager; SANDRA MOORE, Warden of Care and Treatment; ALEN A. ADAMS, Director, Corrections Division; SONNY PURSUE, Governor; JAMES E. DONALD, Commissioner; THURBERT BAKER, Attorney General, and GEORGIA STATE PRISON GRIEVANCE COMMITTEE,

    Defendants.

CIVIL ACTION NO. CV605-016

## ORDER

Plaintiff has filed a "Motion to Admit to the Record Inmate Personal Property Inventory Sheet to the Record and Serve Plaintiff and Defendants Attorney with a Xerox Copy of the Same." (Doc. 27.) Plaintiff's motion is **DENIED**. As this case is closed and consolidated into CV604-124, the Clerk is directed to file the original of this motion in Civil Action No. CV604-124 and return it to the undersigned for consideration.

**SO ORDERED**, this 18th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

GRAVITT ）

vs ）  CASE NUMBER CV605-16

SMITH, ET AL ）  DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05, which is part of the official record of this case.

Date of Mailing: 7/18/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Rick Collum
K. Gravitt, GDC713326, Georgia State Prison, 2164 GA Highway 147, Reidsville, GA 30499

- [ ] Copy placed in Minutes
- [ ] Copy given to Judge
- [X] Copy given to Magistrate